# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

LEE GOVAIN,

                       **CIVIL NUMBER:  3:21-cv-00053-SBJ**

    Plaintiff(s),

v.                              **JUDGMENT IN A CIVIL CASE**

NESTLÉ PURINA PETCARE
COMPANY,

    Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Defendant's Motion for Summary Judgment is granted. Judgment is entered in favor of the Defendant, Nestlé Purina Petcare Company and against the Plaintiff, Lee Govain.

Date: February 28, 2023

                                                CLERK, U.S. DISTRICT COURT

                                                /s/  Brian Phillips

                                                By: Deputy Clerk